# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

145019

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ANNETTE M. ARMOCK,
        Plaintiff-Appellee,

v

CANTEEN SERVICES, INC., and SAFETY
NATIONAL CASUALTY CORPORATION,
        Defendants-Appellants.

SC: 145019
COA: 302737
WCAC: 09-000212

_____/

      On order of the Court, the application for leave to appeal the March 16, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

Clerk

t0618